UNITED STATES DISTRICT COURT
For The
SOUTHERN DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
SEP 22 2020
PER _____
DEPUTY CLERK

WILLIAM SOLOMON LEWIS
  Plaintiff,

v.

UNITED STATES OF AMERICA
  Defendant.

Civil Action No. 4:20-CV-1720

Judge Mariani

## COMPLAINT

WILLIAM SOLOMON LEWIS, Plaintiff, pro se, whose post office address is 701 N. San Jacinto Street, Houston, Texas 77002, being duly sworn on his oath deposes and says that the UNITED STATES OF AMERICA, Defendant, is justly indebted to him in the sum of two thousand two hundred fifty dollars and zero cents ($2,250.00) for medical bills in connection to an assault that resulted in substantial injury to Plaintiff's face that was cut open by a razorblade causing significant scaring directly attributed to prison official's negligence at U.S.P. Allenwood on or about August 28, 2018, under the Federal Tort Claims Act pursuant to 28 U.S.C. § 1346 where there existed a foreseeable risk of the likelyhood of a dangerous situation that would lead to injuries. Damages include costs associated with surgery and other procedures to repair injuries related to scaring and there is no counter claims in favor of the Defendant against the Plaintiff and all administrative remedies have been submitted to the Defendant prior to the filing of this lawsuit.

August 26, 2020
Date

_William Solomon Lewis_
WILLIAM SOLOMON LEWIS