IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM SOLOMON LEWIS, | : | Civil No. 3:20-cv-1720 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | |
| Defendant | : | |

### ORDER

**AND NOW**, this 23rd day of September, 2020, upon consideration of Plaintiff's complaint (Doc. 1) and motion (Doc. 4) to stay, and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The motion to proceed *in forma pauperis* (Doc. 3) is **GRANTED** for the sole purpose of the filing of this action.

2. Plaintiff's motion (Doc. 4) to stay is **DENIED**.

3. Plaintiff's complaint (Doc. 1) is **DISMISSED** without prejudice to Plaintiff's right to file a new action upon exhaustion of all administrative remedies.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge